(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

FILED
JUN 23 2010
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) Mu'min Rahim
(Name of Plaintiff)   (Inmate Number)

James T. Vaughn Correctional Center
1181 Paddock Road, Smyrna, DE 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

10 - 551
(Case Number)
( to be assigned by U.S. District Court)

vs.

(1) Delaware Board of Parole

(2) Dwight Holden, Chairman

(3) See additional sheets, attached
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

• • Jury Trial Requested

**I.   PREVIOUS LAWSUITS**

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

None.

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ··Yes (··No)

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ··Yes  ··No

C. If your answer to "B" is Yes:

   1. What steps did you take? Parole decisions are non-grievable. Plaintiff appealed to Parole Board.

   2. What was the result? The denial of Parole for three (3) years.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Dwight Holden

Employed as Chairman(Board of Parole) at Carvel State Office Building

Mailing address with zip code: Fifth Floor, 820 N. French Street Wilmington, DE 19801 (All Members of Board of Parole-same address)

(2) Name of second defendant: Carl Danberg

Employed as Commissioner at Department of Corrections

Mailing address with zip code: 245 McKee Road, Dover, de 19904

(3) Name of third defendant: Perry Phelps

Employed as Warden at James T. Vaughn Correctional Center

Mailing address with zip code: 1181 Paddock Road, Smyrna, DE 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

See additional sheets attached.

2

## STATEMENT OF CLAIM

**CLAIM ONE:** Since November 2, 1962 through November 18, 2008, the Delaware Board of Parole and each member named herein in concert with Delaware Department of Correction Commissioner Carl Danberg; Perry Phelps, Warden James T. Vaughn Correctional Center (JTVCC); and Ronald Hosterman, Treatment Administrator, JTVCC; have failed to follow proper procedures in connection with parole denials, instead applying new harsher guidelines; sentencing laws; and administrative regulations; policies and procedures to plaintiff's pre-guidelines parole proceeding in violation of constitutional due process and ex post facto requirements. **CLAIM TWO:** Denying plaintiff's family members and community supporters an opportunity to present and speak on his behalf at parole hearings in violation of constitutional due process.

## RELIEF

1.) Plaintiff seek Declaratory Judgment that due to the retrospective application of the new and harsher guidelines; regulations; policies and procedures that the parole proceedings are invalid not in compliance with the law. 2.) Plaintiff seeks a permanent injunction. 3.) Plaintiff seeks compensatory damages. 4.) Plaintiff seeks punitive damages. 5.) Plaintiff request that the Court grant such other relief as that the Court deems plaintiff is entitled.

## DEFENDANTS:

1.) Dwight Holden is the Chairman of the Delaware Board of Parole.

2.) William C. Pfeifer is a member of the Delaware Board of parole.

3.) James C. Justice is a member of the Delaware Board of Parole.

4.) George H. Williamson III is a member of the Delaware board of Parole.

5.) Joe F. Garcia is a member of the Delaware Board of parole.

6.) Carl Danberg is the Commissioner of the Delaware Department of Correction.

7.) Perry Phelps is the Warden at the James T. Vaughn Correctional Center, ("JTVCC") and;

8.) Ronald Hosterman is the Treatment Administrator at the James T. Vaughn Correctional Center, ("JTVCC").

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of June, 2010.

_____
Signature of Plaintiff 1)

_____
Signature of Plaintiff 2)

_____
Signature of Plaintiff 3)

